UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | Chapter 7 |
|---|---|
| Travis L. Burg, | Case No. 22-60172 (MER) |
| Debtor. | |

| Tony and Rachel Thoennes, | Adv. No 22-06011 |
|---|---|
| Plaintiffs, | |
| v. | |
| Travis L. Burg, | |
| Defendant. | |

**TRIAL EXHIBIT LIST**

Pursuant to the Court's December 29, 2022, Order for Trial and for Use of Electronic Evidence, Travis Burg ("defendant"), by and through his undersigned counsel, submits a Trial Exhibit List ("Exhibit List").

| **EXHIBIT LIST** | |
|---|---|
| A. | Summary Exhibit 2, annotated by defendant |
| B. | Summary Exhibit 5, annotated by defendant |
| C. | Spreadsheet showing net income 2021 as calculated by defendant/Jon Gabel |
| D. | Spreadsheet showing net income 2020 as calculated by defendant/Jon Gabel |
| E. | Spreadsheet showing net income 2019 as calculated by defendant/Jon Gabel |
| F. | Spreadsheet showing net income 2018 as calculated by defendant/Jon Gabel |
| G. | Spreadsheet showing net income 2017 as calculated by defendant/Jon Gabel |
| H. | Summary records of rent received from Osakis house |
| I. | Summary Exhibit 9. Loans from Randall State Bank to Grubworm, LLC |

1

| J. | Summary Exhibit 10-1. Travis and Nicole Burg – Melrose Property Report (Lake House) |
|---|---|
| K. | Summary Exhibit 10-2. Grubworm – Holdingford Property Report |
| L. | Summary Exhibit 10-3. Grubworm –Sauk Centre Property Report |
| M. | Summary Exhibit 10-4. Grubworm – Freeport Property Report |
| N. | Summary Exhibit 10-5. Grubworm – St. Joseph Property Report |
| O. | Summary Exhibit 10-6. Grubworm – Osakis Property Report |
| P. | Summary Exhibit 10-7. Grubworm – Moorhead Property Report |
| Q. | Summary Exhibit 10-8. Grubworm – Albany Property Report |
| R. | HUD-1. Travis and Nicole Burg – Melrose Property Report (Lake House) |
| S. | HUD-1 or settlement statement. Grubworm – Holdingford Property Report |
| T. | HUD-1. or settlement statement Grubworm –Sauk Centre Property Report |
| U. | HUD-1. or settlement statement Grubworm – Freeport Property Report |
| V. | HUD-1. or settlement statement Grubworm – St. Joseph Property Report |
| W. | HUD-1. or settlement statement Grubworm – Osakis Property Report |
| X. | HUD-1. or settlement statement Grubworm – Moorhead Property Report |
| Y. | HUD-1 or settlement statement Grubworm – Albany Property Report |
| Z. | Wade Rodenwald's Undated Handwritten Breakdown of Expenses and Fees Related to the Freeport Property |
| AA | Wade Rodenwald's supporting documentation for Handwritten Breakdown of Expenses and Fees Related to the Freeport Property |
| BB | Summary record of payments from Wade Rodenwald coded by Randall State Bank as received on behalf of Grubworm |
| CC | Supporting documentation for record of payments from Wade Rodenwald to Randall State Bank on behalf of Grubworm |
| DD | Supporting documentation for record of payments Wade Rodenwald to or on behalf of |

|    | Grubworm |
|----|----------|
| EE | Equipment sold by Wade Rodenwald to Travis Burg or Grubworm |
| FF | Spreadsheet for 2017 for Birchwood Electric by Jon Gaebel |
| GG | Spreadsheet for 2018 for Birchwood Electric by Jon Gaebel |
| HH | Spreadsheet for 2019 for Birchwood Electric by Jon Gaebel |
| II | Spreadsheet for 2020 for Birchwood Electric by Jon Gaebel |
| JJ | Spreadsheet for 2021 for Birchwood Electric by Jon Gaebel |
| KK | Spreadsheet for 2022 for Birchwood Electric by Jon Gaebel |
| LL | Spreadsheet Totals for Birchwood Electric by Jon Gaebel |
| MM | Spreadsheet for 2017 for Birchwood Tech by Jon Gaebel |
| NN | Spreadsheet for 2018 for Birchwood Tech by Jon Gaebel |
| OO | Spreadsheet for 2019 for Birchwood Tech by Jon Gaebel |
| PP | Spreadsheet for 2020 for Birchwood Tech by Jon Gaebel |
| QQ | Spreadsheet for 2021 for Birchwood Electric by Jon Gaebel |
| RR | Spreadsheet for 2022 for Birchwood Tech by Jon Gaebel |
| SS | Spreadsheet Totals for Birchwood Tech by Jon Gaebel |
| TT | Spreadsheet Totals for Grubworm by Jon Gaebel |
| UU | Grubworm bank account statements |
| VV | Grubworm checks/evidences of payment |
| WW | Tax returns of Travis and Nicole Burg |
| XX | Tax returns of Birchwood Electric Inc |
| YY | Tax returns of Birchwood Technology Inc |
| ZZ | Tax returns of Grubworm LLC |

| AAA | Approval letter from Freeport State Bank |

Defendant reserves the right to supplement the list based on the discovery of additional documents, the rulings of the Court, the evidence presented at trial (including evidence subject to impeachment or rebuttal), and as justice may otherwise require.

Dated: May 16, 2023  */s/ Sam Calvert*
Sam Calvert MN ID #1431X (#0175341)
1011 2nd ST N STE 107
St. Cloud MN 56303
320-252-4473
calcloud@gmail.com
*Attorney for Travis Burg*