UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

Travis L. Burg,

        Debtor.

COSTS JUDGMENT

***

Tony and Rachel Thoennes,

        Plaintiffs,

v.

Travis L. Burg,

        Defendant.

BKY 22-60172
ADV 22-06011

***

        This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: Plaintiffs are awarded a costs judgment of $577,267.50 in fees and $19,435.48 in expenses in this adversary proceeding.

Dated: February 1, 2024  
At: Minneapolis, Minnesota.

Tricia Pepin  
Clerk of Bankruptcy Court

By: /e/ Michael Stepan  
Deputy Clerk